452 A.2d 1109

Nicarry v. Hull.

Appeal of Flora Hull and Gertrude M. Gordon.

Argued September 22, 1981.  Lawrence C. Zeger, for appellants;  Edward I. Steckel, for appellees.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.